# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 16-1442V
### Filed: August 23, 2018
UNPUBLISHED

DONNA HUDDY,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Special Processing Unit (SPU);
Damages Decision Based on Proffer;
Influenza (Flu) Vaccine; Shoulder
Injury Related to Vaccine
Administration (SIRVA)

*Amber Diane Wilson, Maglio Christopher & Toale, PA, Washington, DC, for petitioner.
Lynn Elizabeth Ricciardella, U.S. Department of Justice, Washington, DC, for
respondent.*

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On November 2, 2016, petitioner filed a petition for compensation under the
National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the
"Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine
administration ("SIRVA") following an influenza ("flu") vaccine administered on
September 23, 2015. Petition at 1. The case was assigned to the Special Processing
Unit of the Office of Special Masters.

On March 22, 2017, a ruling on entitlement was issued, finding petitioner entitled
to compensation for a SIRVA. On August 22, 2018, respondent filed a proffer on award
of compensation ("Proffer") indicating petitioner should be awarded $131,280.57
comprised of $122,500.00 for pain and suffering, $1,780.57 for past unreimbursed

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the
undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with
the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of
Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to
identify and move to redact medical or other information, the disclosure of which would constitute an
unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits
within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for
ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. §
300aa (2012).

expenses, and $7,000.00 for lost wages.  Proffer at 1.  In the Proffer, respondent represented that petitioner agrees with the proffered award.  Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $131,280.57 in the form of a check payable to petitioner, Donna Huddy.**  This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

DONNA HUDDY,

        Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

        Respondent.

No. 16-1442V
Chief Special Master Dorsey
ECF

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

I.     **Compensation for Vaccine Injury-Related Items:**

On March 20, 2017, respondent filed a Vaccine Rule 4(c) report concluding that

petitioner, Donna Huddy, suffered an injury that is compensable under the National Childhood

Vaccine Injury Act of 1986, as amended, 42 U.S.C. §§300aa-1 to -34.  Accordingly, on March

22, 2017, the Chief Special Master issued a Ruling on Entitlement.

Respondent now proffers that, based on the evidence of record, petitioner should be

awarded $131,280.57, consisting of $122,500.00 for pain and suffering, $1,780.57 for past

unreimbursed expenses, and $7,000.00 for lost wages.  This amount represents all elements of

compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). [1]  Petitioner

agrees.

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court
for appropriate relief.  In particular, respondent would oppose any award for future medical
expenses and future pain and suffering.

## II.  **Form of the Award**:

The parties recommend that the compensation provided to Donna Huddy should be made through a lump sum payment as described below, and they request that the Chief Special Master's decision and the Court's judgment award the following:

A lump sum payment of $131,280.57 in the form of a check payable to petitioner, Donna Huddy.

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Assistant Director
Torts Branch, Civil Division

/s/ Lynn E. Ricciardella
LYNN E. RICCIARDELLA
Senior Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel.:  (202) 616-4356

Dated:  August 22, 2018